DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMMY D. LAY, II,**
Appellant,

v.

**SARAH R. WATKINS,**
Appellee.

No. 4D20-1112

[May 20, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Victoria L. Griffin, Judge; L.T. Case No. 562016DR000067.

Tommy D. Lay, II, Naples, pro se.

Leslie Brady-Alten of Leslie Brady-Alten, P.A., Port St. Lucie, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***